IRA P. ROTHKEN, SBN 160029
ROTHKEN LAW FIRM
3 Hamilton Landing, Ste 280
Novato, CA  94949
Telephone: (415) 924-4250
Facsimile:  (415) 924-2905
Email: ira@techfirm.com

*E-FILED - 9/16/10*

Attorneys for Interested Party and
Plaintiff in Related Case,
STEVE TIETZE

WILLIAM A. KERSHAW
KERSHAW CUTTER & RATINOFF LLP
401 Watt Avenue
Sacramento, CA 95864
Tel: 916-448-9800
Fax: 916-669-4499
Email: wkershaw@kcrlegal.com

Attorneys for Plaintiffs
MICHAEL JAMES GOODLICK, et al.

PENELOPE A. PREOVOLOS
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Tel: 415-268-7187
Fax: 415-268-7522
Email: ppreovolos@mofo.com

Attorneys for Defendant
APPLE, INC.

[Additional Joining Plaintiffs' Counsel on Signature Pages]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

San Jose Division

| | |
|---|---|
| MICHAEL JAMES GOODLICK, et al.<br><br>                   Plaintiffs,<br>v.<br>APPLE, INC. and AT&T CORP.<br>                   Defendants. | Case63 No:  5:10-cv-02862-RMW (pvt)<br><br>JOINT STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINTS<br> [] ORDER |
| ALAN BENVENISTY,<br>                   Plaintiff,<br>v.<br>APPLE, INC.,<br>                   Defendant. | Case No:  5:10-cv-02885- RMW (pvt) |

STIPULATION EXTENDING TIME TO            - 1 -
RESPOND TO COMPLAINT

| | |
|---|---|
| CHRISTOPHER DYDYK,<br>                Plaintiff,<br>v.<br>APPLE, INC. and AT&T, INC.,<br>                Defendants. | Case No:  5:10-cv-02897- RMW (pvt) |
| JEFFREY ROGERS,<br>                Plaintiff,<br>v.<br>APPLE, INC.,<br>                Defendant. | Case No:  5:10-cv-02916- RMW (pvt) |
| DAVID POPIK<br>                Plaintiff,<br>v.<br>APPLE, INC., et al.<br>                Defendant. | Case No:  5:10-cv-02928- RMW (pvt) |
| STEVE TIETZE,<br>                Plaintiff,<br>vs.<br>APPLE, INC.,<br>                Defendant. | Case No:  5:10-cv-02929- RMW (pvt) |
| CHARLES PASANO,<br>                Plaintiffs,<br>v.<br>APPLE, INC. and AT&T<br>                Defendants. | Case No:  5:10-cv-03010- RMW (pvt) |
| A. TODD MAYO<br>                Plaintiffs,<br>v.<br>APPLE, INC.<br>                Defendants. | Case No:  5:10-cv-03017- RMW (pvt) |
| GREG AGUILERA, II<br>                Plaintiff,<br>v.<br>APPLE, INC. and AT&T CORP.<br>                Defendants. | Case No:  3:10-cv-03056- RMW (pvt) |

WHEREAS, the nine above-captioned proposed nationwide class actions brought on behalf of all "iPhone 4" users alleging, among other things, design

STIPULATION EXTENDING TIME TO         - 2 -
RESPOND TO COMPLAINT

defects and loss of service, have been related in the Northern District of California under Civil L.R. 3-12 before the Hon. Ronald M. Whyte;

WHEREAS, an extension is necessary to give time for the Judicial Panel for Multidistrict Litigation ("JPML") to decide motions to transfer in MDL No. 2188, set for hearing on September 30, 2010;[1]

WHEREAS, Defendant Apple Inc. ("Apple") has been granted previous extensions up through and including Monday, August 30, 2010, in which to file Defendants' responsive pleadings to the complaints (or amended complaints, as applicable) in the above-captioned cases;

WHEREAS, Plaintiffs and Apple have agreed that the deadline for any and all responsive pleadings currently due should be extended forty-five (45) days to Thursday, October 14, 2010;

NOW THEREFORE, Plaintiffs and Apple, through their counsel of record, stipulate to the following:

IT IS HEREBY STIPULATED that, Defendants' responsive pleadings to the complaints (or amended complaints, as applicable) in the above-captioned cases shall be extended up through and including Thursday, October 14, 2010.

IT IS SO STIPULATED:

---

[1] Multiple MDL motions have been filed and are pending, some of which request that all nationwide cases be transferred to the Northern District of California.

| | | |
|---|---|---|
| 1 | DATED: August 26, 2010 | KERSHAW CUTTER & RATINOFF LLP |

By:_____/S/_____
William A. Kershaw
Attorneys for Plaintiffs
MICHAEL JAMES GOODLICK, TREVOR ANTUNEZ, JACLYN BADOLATO, BRYAN COLVER, VINNY CURBELO, JOSHUA GILSON, JESSICA LARES, BRANDON ELLISON REININGER, JAYWILL SANDS, NICOLE STANKOVITZ and KAREN YOUNG

KERSHAW CUTTER & RATINOFF LLP
401 Watt Avenue
Sacramento, CA 95864
Tel: 916-448-9800
Fax: 916-669-4499
Email: wkershaw@kcrlegal.com

DATED: August 26, 2010   GARDY & NOTIS, LLP

By:_____/S/_____
Jennifer Sarnelli
Attorneys for Plaintiff
ALAN BENVENISTY, ANTHONY COLOGNA and JOY BEARDEN

GARDY & NOTIS, LLP
560 Sylvan Avenue
Englewood Cliffs, NJ 07632
201.567.7377 phone
201.567.7337 fax
jsarnelli@gardylaw.com

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT         - 4 -

1   DATED: August 26, 2010        RAM & OLSON

2                                 By: _____/S/_____
                                  Michael Ram
3                                 Attorneys for Plaintiff
4                                 CHRISTOPHER DYDYK

5                                 RAM & OLSON
6                                 555 Montgomery Street, Suite 820
                                  San Francisco, California 94111
7                                 Tel: (415) 433-4949
8                                 Fax: (415) 433-7311
                                  Email: mram@ramolson.com
9
10                                Gary E. Mason
                                  MASON LLP
11                                1625 Massachusetts Avenue, N.W., Suite 605
12                                Washington, DC 20036
                                  Tel: 202-429-2290
13                                Fax: 202-429-2294
14                                Email: gmason@masonlawdc.com

15

16  DATED: August 26, 2010        SHUBLAW LLC

17                                By: _____/S/_____
18                                Jonathan Shub
                                  Attorney for Plaintiff
19                                JEFFREY RODGERS
20
21                                SHUBLAW LLC
                                  1818 Market Street, 13th Floor
22                                Philadelphia, PA 19106
                                  Tel: 610-453-6551
23                                Fax: 215-569-1606
24                                Email: jshub@shublaw.com

25

26

27

28

STIPULATION EXTENDING TIME TO         - 5 -
RESPOND TO COMPLAINT

1 | DATED: August 26, 2010     KIRTLAND & PACKARD LLP

2     By:_____/S/_____
Michael Louis Kelly
Behram Viraf Parekh
Heather Marie Peterson
Attorneys for Plaintiff
DAVID POPIK

KIRTLAND & PACKARD LLP
2361 Rosecrans Avenue, Fourth Floor
El Segundo, CA 90245-4923
Tel: 310-536-1000
Fax: 310-536-1001
Email: mlk@kirtlandpackard.com
Email: bparekh@yaplaw.com
Email: hmp@kirtlandpackard.com

DATED: August 26, 2010     ROTHKEN LAW FIRM

By: _____/S/_____
IRA P. ROTHKEN
Attorneys for Plaintiff
STEVE TIETZE

ROTHKEN LAW FIRM
3 Hamilton Landing, Ste 280
Novato, CA 94949
Telephone: (415) 924-4250
Facsimile: (415) 924-2905
ira@techfirm.com

STIPULATION EXTENDING TIME TO     - 6 -
RESPOND TO COMPLAINT

1    *DATED: August 26, 2010*     FARUQI & FARUQI LLP

2                                          By:_____/S/_____
3                                          Vahn Alexander
                                         Attorneys for Plaintiff
4                                          CHARLES PASANO

5

6                                          FARUQI & FARUQI LLP
                                         1901 Avenue of the Stars
7                                          Second Floor
                                         Los Angeles, CA 90067
8                                          Tel: (310) 461-1426
9                                          Fax: (310) 461-1427
                                         Email: valexander@faruqilaw.com
10

11    *DATED: August 26, 2010*     SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
12

13                                          By:_____/S/_____
                                         Rosemary Farrales Luzon
14                                          Attorneys for Plaintiff
15                                          A. TODD MAYO

16                                          SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
17                                          401 West A Street, Suite 2350
18                                          San Diego, CA 92101
19                                          Tel: (619) 235-2416
                                         Fax: (619) 234-7334
20                                          Email: rluzon@sfmslaw.com

21

22

23

24

25

26

27

28

STIPULATION EXTENDING TIME TO        - 7 -
RESPOND TO COMPLAINT

| | | |
|---|---|---|
| 1 | DATED: August 26, 2010 | WEXLER WALLACE LLP |
| 2 | | By:_____/S/_____ |
| 3 | | Mark John Tamblyn<br>Ian James Barlow |
| 4 | | Neha Duggal |
| 5 | | Attorneys for Plaintiff<br>GREG AGUILERA, II |
| 6 | | |
| 7 | | WEXLER WALLACE LLP<br>455 Capitol Mall, Suite 231 |
| 8 | | Sacramento, CA 95814 |
| 9 | | Tel: (916) 492-1100<br>Fax: (916) 492-1124 |
| 10 | | Email: mjt@wexlerwallace.com |
| 11 | | Email: ijb@wexlerwallace.com<br>Email: nd@wexlerwallace.com |
| 12 | | |
| 13 | DATED: August 27, 2010 | MORRISON & FOERSTER LLP |
| 14 | | By:_____/S/_____ |
| 15 | | Penelope A. Preovolos |
| 16 | | Attorneys for Defendant<br>APPLE INC. |
| 17 | | |
| 18 | | MORRISON & FOERSTER LLP<br>425 Market Street |
| 19 | | San Francisco, CA 94105 |
| 20 | | Tel: 415-268-7187<br>Fax: 415-268-7522 |
| 21 | | Email: ppreovolos@mofo.com |

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

| | | |
|---|---|---|
| 24 | DATED: August 26, 2010 | ROTHKEN LAW FIRM |
| 25 | | |
| 26 | | By: _____/S/_____<br>IRA P. ROTHKEN |
| 27 | | |
| 28 | | |

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT     - 8 -

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2  DATED: __9/16/10_____      _____*Ronald M. Whyte*_____
3  　　　　　　　　　　　　　　　　　　　　DISTRICT JUDGE

STIPULATION EXTENDING TIME TO           - 9 -
RESPOND TO COMPLAINT