PENELOPE A. PREOVOLOS (CA SBN 87607)
PPreovolos@mofo.com
ANDREW D. MUHLBACH (CA SBN 175694)
AMuhlbach@mofo.com
HEATHER A. MOSER (CA SBN 212686)
HMoser@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  415.268.7000
Facsimile:  415.268.7522

*Attorneys for Defendant*
APPLE INC.

[Additional Joining Plaintiffs' Counsel on Signature Pages]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL JAMES GOODGLICK, et al.<br><br>    Plaintiffs,<br><br>    v.<br><br>APPLE INC., AT&T MOBILITY LLC,<br><br>    Defendants. | Case No.     5:10-cv-02862 RMW<br><br>**JOINT STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINTS AND RESETTING CASE MANAGEMENT CONFERENCE PENDING MDL TRANSFER; [PROPOSED] ORDER**<br><br>The Hon. Ronald M. Whyte |
| ALAN BENVENISTY, et al.<br><br>    Plaintiffs,<br><br>    v.<br><br>APPLE INC., and DOES 1-100,<br><br>    Defendants. | Case No.     5:10-cv-02885 RMW |
| CHRISTOPHER DYDYK,<br><br>    Plaintiff,<br><br>    v.<br><br>APPLE INC.,<br><br>    Defendant. | Case No.     5:10-cv-02897 RMW |

| | | |
|---|---|---|
| JEFFREY RODGERS,<br>    Plaintiff,<br>  v.<br>APPLE INC.,<br>    Defendant. | Case No. | 5:10-cv-02916 RMW |
| DAVID POPIK,<br>    Plaintiff,<br>  v.<br>APPLE INC., AT&T MOBILITY LLC, and DOE DEFENDANTS 1-10,<br>    Defendants. | Case No. | 5:10-cv-02928 RMW |
| STEVE TIETZE,<br>    Plaintiff,<br>  v.<br>APPLE INC.,<br>    Defendant. | Case No. | 5:10-cv-02929 RMW |
| CHARLES FASANO,<br>    Plaintiff,<br>  v.<br>APPLE INC., and AT&T,<br>    Defendants. | Case No. | 5:10-cv-03010 RMW |
| A. TODD MAYO,<br>    Plaintiff,<br>  v.<br>APPLE INC., and DOES 1-100,<br>    Defendants. | Case No. | 5:10-cv-03017 RMW |
| GREG AGUILERA II,<br>    Plaintiff,<br>  v.<br>APPLE INC., and AT&T MOBILITY LLC,<br>    Defendants. | Case No. | 5:10-cv-03056 RMW |

| | |
|---|---|
| CHRISTOPHER DEROSE,<br>            Plaintiff,<br>v.<br>APPLE INC.,<br>            Defendant. | Case No.    5:10-cv-04273 RMW |
| STACY MILROT,<br>            Plaintiff,<br>v.<br>APPLE INC. and AT&T INC.,<br>            Defendant. | Case No.    5:10-cv-04117 RMW |

WHEREAS, the eleven above-captioned proposed class actions brought on behalf of iPhone 4 users have been related in the Northern District of California under Civil L.R. 3-12 before the Hon. Ronald M. Whyte;

WHEREAS, on October 8, 2010, the United States Judicial Panel on Multidistrict Litigation ("JPML") issued an Order transferring four additional actions to the Northern District of California and assigning the matters to the Honorable Ronald M. Whyte for coordinated or consolidated pretrial proceedings;[1]

WHEREAS, in light of the then-pending MDL petition, Defendant Apple Inc. ("Apple") had been granted previous extensions to file responsive pleadings to the complaints, up through and including Thursday October 14, 2010, in *Goodglick, Benvenisty, Dydyk, Rodgers, Popik, Tietze, Fasano, Mayo, and Aguilera*;

WHEREAS, the parties have not previously requested that this Court grant any extensions to respond to the *Milrot* and *DeRose* complaints;

WHEREAS, the parties have agreed that the deadline for any and all responsive pleadings currently due should be extended by 30 days to November 15, 2010;

---

[1] The Transfer Order includes the following four actions: *Gionis v. Apple Inc, et al.* Case No. 1:10-11110 (D. Mass.); *McCaffrey v. Apple Inc., et al.* formerly Case No. 1:10-1776 (D. Md.); *Purdue v. Apple Inc. et al,* formerly Case No. 3:10-687 (M.D. Tenn); and *Nguyen v. Apple Inc.*, formerly Case No. 3:10-252 (S.D. Tex.).

1  WHEREAS, on August 2, 2010, this Court issued a Clerk's Notice of Setting Case
2  Management Conference in the *Goodglick v. Apple Inc., et al.* matter ("*Goodglick*") scheduling
3  the initial case management conference for October 29, 2010 at 10:30 a.m. before the Honorable
4  Judge Whyte;

5  WHEREAS, the parties agree that it would be appropriate and would promote judicial
6  efficiency, in *Goodglick* and in the related matters, for the *Goodglick* Initial Case Management
7  Conference to be postponed briefly and to be reset by this court to allow sufficient time for the
8  cases to be transferred and to proceed in the MDL in a coordinated fashion;

9  WHEREAS, the parties have not previously requested any continuances of the Initial Case
10 Management Conference;

11 WHEREAS, the requested continuance would not alter or affect any other dates or
12 deadlines in the *Goodglick* matter, other than deadlines directly associated with the Initial Case
13 Management Conference;

14 NOW THEREFORE, Plaintiffs and Apple, through their counsel of record, stipulate to the
15 following:

16 IT IS HEREBY STIPULATED that,

17 1.   Defendants' responsive pleadings to the complaints (or amended complaints, as
18 applicable) in the above-captioned cases shall be extended up through and including Monday
19 November 15, 2010.

20 2.   The *Goodglick* Initial Case Management Conference currently set for October 29,
21 2010 is hereby vacated and will be continued to an appropriate date set by the Court.

22

23 IT IS SO STIPULATED:

24
25
26
27
28

JOINT STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT                                                    4
sf-2907892

| | | |
|---|---|---|
| 1 | Dated: October 13, 2010 | PENELOPE A. PREOVOLOS |
| 2 | | ANDREW D. MUHLBACH |
| | | HEATHER A. MOSER |
| 3 | | MORRISON & FOERSTER LLP |

By:   /s/ Heather A. Moser
      HEATHER A. MOSER

*Attorneys for Defendant*
APPLE INC.

Dated: October 13, 2010          KERSHAW CUTTER & RATINOFF LLP

By:   /s/ William A. Kershaw
      William A. Kershaw

*Attorney for Plaintiffs*
MICHAEL JAMES GOODGLICK, ET AL.

KERSHAW CUTTER & RATINOFF LLP
401 Watt Avenue
Sacramento, CA 95684
Tel: 916-448-9800
Fax: 916-669-4499
Email: wkershaw@kcrlegal.com

Dated: October 13, 2010          GARDY & NOTIS LLP

By:   /s/ Jennifer Sarnelli
      Jennifer Sarnelli

*Attorney for Plaintiffs*
ALAN BENVENISTY, ET AL.

GARDY & NORIS LLP
560 Sylvan Avenue
Englewood Cliffs, NJ 07632
Tel: 201-567-7377
Fax: 201-567-7337
Email: jsarnelli@gardylaw.com

JOINT STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT                    5
sf-2907892

| | | |
|---|---|---|
| 1 | Dated: October 13, 2010 | RAM & OLSON LLP |
| 2 | | |
| 3 | | By: /s/ Michael Ram |
| | | Michael Ram |
| 4 | | *Attorney for Plaintiff* |
| 5 | | CHRISTOPHER DYDYK |
| 6 | | RAM & OLSON |
| 7 | | 555 Montgomery Street, Suite 820 |
| | | San Francisco, CA 94111 |
| 8 | | Tel: 415-433-4949 |
| | | Fax: 415-433-7311 |
| 9 | | Email: mram@ramolson.com |
| 10 | Dated: October 13, 2010 | SHUBLAW LLC |
| 11 | | |
| 12 | | By: /s/ Jonathan Shub |
| | | Jonathan Shub |
| 13 | | *Attorney for Plaintiff* |
| 14 | | JEFFREY RODGERS |
| 15 | | SHUBLAW LLC |
| 16 | | 1818 Market Street, 13th Floor |
| | | Philadelphia, PA 19106 |
| 17 | | Tel: 610-453-6551 |
| | | Fax: 215-569-1606 |
| 18 | | Email: jshub@shublaw.com |
| 19 | Dated: October 13, 2010 | KIRTLAND & PACKARD LLP |
| 20 | | |
| 21 | | By: /s/ Michael Louis Kelly |
| | | Michael Louis Kelly |
| 22 | | *Attorney for Plaintiff* |
| 23 | | DAVID POPIK |
| 24 | | KIRTLAND & PACKARD LLP |
| 25 | | 2361 Rosecrans Avenue, Fourth Floor    El Segundo, CA 90245 |
| 26 | | Tel: 310-536-1000 |
| | | Fax: 310-536-1001 |
| 27 | | Email: mlk@kirtlandpackard.com |
| 28 | | |

1 | Dated: October 13, 2010 | ROTHKEN LAW FIRM

By: /s/ Ira P.Rothken
Ira P. Rothken

*Attorney for Plaintiff*
STEVE TIETZE

ROTHKEN LAW FIRM
3 Hamilton Landing Ste 280
Novato, CA 94949
Tel: 415-924-4250
Fax: 415-924-2905
Email: ira@techfirm.com

Dated: October 13, 2010 | FARUQI & FARUQI LLP

By: /s/ Vahn Alexander
Vahn Alexander

*Attorney for Plaintiff*
CHARLES FASANO

FARUQI & FARUQI LLP
1901 Avenue of the Stars, Second Floor
Los Angeles, CA 90067
Tel: 310-461-1426
Fax: 310-461-1427
Email: valexander@faruqilaw.com

| | | |
|---|---|---|
| 1 | Dated: October 13, 2010 | SHEPARD, FINKELMAN, MILLER & SHAH LLP |
| 2 | | |
| 3 | | |
| 4 | | By:   /s/ Rosemary Farrales Luzon |
| | | Rosemary Farrales Luzon |
| 5 | | *Attorney for Plaintiff* |
| | | A. TODD MAYO |
| 6 | | |
| 7 | | SHEPARD, FINKELMAN, MILLER & SHAH LLP |
| 8 | | 401 West A Street, Suite 2350 |
| | | San Diego, CA 92101 |
| 9 | | Tel: 619-235-2416 |
| | | Fax: 619-234-7334 |
| 10 | | Email: rluzon@sfmslaw.com |
| 11 | Dated: October 13, 2010 | WEXLER WALLACE LLP |
| 12 | | |
| 13 | | By:   /s/ Mark J. Tamblyn |
| | | Mark J. Tamblyn |
| 14 | | *Attorney for Plaintiff* |
| 15 | | GREG AGUILERA, II |
| 16 | | WEXLER WALLACE LLP |
| 17 | | 455 Capitol Mall, Suite 231 |
| | | Sacramento, CA 95814 |
| 18 | | Tel: 916-492-1100 |
| | | Fax: 916-492-1124 |
| 19 | | Email: mjt@wexlerwallace.com |

1 | Dated: October 13, 2010          ROBBINS GELLER RUDMAN & DOWD LLP

By:    /s/ Stuart A. Davidson
        Stuart A. Davidson

*Attorney for Plaintiff*
CHRISTOPHER DEROSE AND STACY MILROT

ROBBINS GELLER RUDMAN & DOWD LLP
120 E. Palmetto Road, Suite 500
Boca Raton, FL 33432
Tel: 561-750-3000
Fax: 561-750-3364
Email: sdavidson@rgrdlaw.com

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Dated: October 13, 2010          HEATHER A. MOSER
MORRISON & FOERSTER LLP

By:    /s/ Heather A. Moser
        HEATHER A. MOSER

**PURSUANT TO STIPULATION, IT IS SO ORDERED**:

1. Defendants' responsive pleadings to the complaints (or amended complaints, as applicable) in the above-captioned cases shall be extended up through and including Monday November 15, 2010.

2. The Initial Case Management Conference set for October 29, 2010 in *Goodglick v. Apple Inc., et al*. is vacated and will be continued to _____. The case management conference shall include all related actions and any other actions transferred by the JPML.

3. The parties shall submit a Joint Case Management Conference Statement no later than seven days prior to the Initial Case Management Conference.

Dated: October   , 2010              By: _____
                                         The Honorable Judge Ronald M. Whyte