M. Kay Martin (CSB No. 154697)
mmartin@crowell.com
Joel D. Smith (CSB No. 244902)
jsmith@crowell.com
CROWELL & MORING LLP
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

Kathleen Taylor Sooy
ksooy@crowell.com
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116

Attorneys for AT&T Mobility LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| DAVID POPIK, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE, INC., AT&T MOBILITY LLC, and Does 1-10,<br><br>Defendants. | Case No. 5:10-cv-02928-RMW<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>**[N.D. CAL. CIVIL L.R. 6-1(a)]**<br><br>The Hon. Ronald M. Whyte<br><br>Complaint filed: July 2, 2010 |

Pursuant to Northern District of California Local Rule 6-1(a), it is hereby stipulated by and between plaintiff David Popik and defendant AT&T Mobility LLC ("ATTM"), through their respective attorneys, that the time by which ATTM may plead or otherwise respond to the Complaint shall be extended to and including November 15, 2010.  The parties have previously stipulated to extend the time to respond to the Complaint to November 1, 2010.  The stipulated extension does not alter the date of any event or deadline already fixed by court order.

Dated:  October 26, 2010                    CROWELL & MORING LLP

                                            By:   /s/ M. Kay Martin

                                            M. Kay Martin
                                            Attorneys for Defendant
                                            AT&T Mobility LLC


Dated:  October 26, 2010                    KIRTLAND & PACKARD, LLP

                                            By:   /s/ Behram Parekh

                                            Behram Parekh
                                            Attorneys for Plaintiff


I, Joel D. Smith, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with General Order 45, section X.B., I hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories.

                        By:   /s/ Joel D. Smith
                              Joel D. Smith